McGREGOR *against* BROWN.

IN an action by a landlord against a tenant for years, for waste committed by cutting down trees, evidence of a parol license from the landlord to cut the trees is not admissible. (See 1 R. S. 334, § 1.)

The opinions of witnesses were held not competent upon the question whether cutting the trees was an injury to the inheritance, opinions not being admissible except upon questions of skill and science.

(S. C., 10 N. Y. 114.)

---

COBB *against* TITUS.

*Exchange of promissory notes.*

WHERE two person exchange notes with each other for equal amounts, for the purpose of raising money by a sale of the notes, each note is a valid consideration for the other, and a sale of either, at a discount greater than seven per cent., does not render it usurious in the hands of the purchaser.

(S. C., 13 Barb. 45; 10 N. Y. 198.)